1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONIQUE MURPHY, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>HRB GREEN RESOURCES, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:16-cv-04151-EDL<br><br>　IT IS SO ORDERED AS MODIFIED<br>**[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES** |

1

1   GOOD CAUSE APPEARING THEREFOR, the Stipulation filed on behalf of Plaintiff
2   Monique Murphy ("Plaintiff") and Defendant HRB Green Resources, LLC ("Defendant") IS
3   HEREBY APPROVED.  ACCORDINGLY, IT IS HEREBY ORDERED that the Case
4   Management Conference set for 10:00 a.m. on October 25, 2016, be continued ~~for 30 days~~, to
5   10:00 a.m. on ~~November 29, 2016~~ December 6, 2016, and that the FRCP 26(f) joint report be due 7 calendar days
6   before, or November ~~22~~ 29, 2016.

7

8   IT IS SO ORDERED AS MODIFIED.

9
    DATED:  10/19/2016                          *Elizabeth D. Laporte*
10                                              HON. ELIZABETH D. LAPORTE
                                                U.S. MAGISTRATE COURT JUDGE